1  DENNIS J. HERRERA (SBN 139669)
   City Attorney
2  Fox Plaza 1390 Market Street, Seventh Floor
   San Francisco, California 94102-5408
3  Tel: (415) 554-3807; Fax: (415) 554-3985

4  Attorneys for Plaintiff THE PEOPLE OF THE
   STATE OF CALIFORNIA
5
   MOLLY MORIARTY LANE (SBN 149206)
6  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
7  San Francisco, California 94105-1126
   Tel: (415) 442-1000; Fax: (415) 442-1001
8
   Attorneys for Defendant HEALTH NET OF
9  CALIFORNIA, INC.

10 EILEEN RIDLEY (SBN 151735)
   FOLEY & LARDNER LLP
11 555 California St Ste 1700
   San Francisco, CA 94104-1520
12 Tel: (415) 494-4484; Fax: (415) 434-4507

13 Attorneys for Defendants BLUE CROSS OF
   CALIFORNIA, INC. d/b/a ANTHEM BLUE
14 CROSS; ANTHEM BLUE CROSS LIFE AND
   HEALTH INSURANCE COMPANY
15
   *Additional counsel listed on signature page*
16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19 | THE PEOPLE OF THE STATE OF              | Case No. 11-CV-3107-SI
   | CALIFORNIA, acting by and through       |
20 | City Attorney Dennis J. Herrera,        | **JOINT STIPULATION AND [PROPOSED]
   |                                         | ORDER MODIFYING TIME FOR
21 |                  Plaintiffs,            | BRIEFING ON PLAINTIFF'S MOTION
   |                                         | TO REMAND**
22 |           vs.                           |
   |                                         |
23 | BLUE CROSS OF CALIFORNIA, INC.          |
   | d/b/a ANTHEM BLUE CROSS;                |
24 | ANTHEM BLUE CROSS LIFE AND              |
   | HEALTH INSURANCE COMPANY;               |
25 | HEALTH NET OF CALIFORNIA, INC.,         |
   | and Does 1-50 Inclusive,                |
26 |                                         |
   |                  Defendants.            |
27

28

MORGAN, LEWIS &
  BOCKIUS LLP
ATTORNEYS AT LAW
 SAN FRANCISCO

DB2/ 22614506.2

JOINT STIP. AND [PROPOSED] ORDER MODIFYING
TIME FOR BRIEFING ON PLTF'S MO. TO REMAND
CASE NO. 11-CV-3107-SI

**JOINT STIPULATION**

Pursuant to Northern District of California Local Rule 6-2, Defendants Blue Cross of California, Inc. d/b/a Anthem Blue Cross ("ABC"), Anthem Blue Cross Life and Health Insurance Company ("ABCL&H"), and Health Net, Inc. ("Health Net") (collectively "Defendants") and Plaintiff, the People of the State of California ("Plaintiff"), by and through their respective counsel, submit the following Joint Stipulation and [Proposed] Order Modifying Time for Briefing on Plaintiff's Motion to Remand, in reference to the following facts and circumstances:

WHEREAS, on or about May 24, 2011, Plaintiff filed its Complaint in the Superior Court of the State of California for the County of San Francisco, and was assigned State Court case number CGC-11-511181;

WHEREAS, on or about June 23, 2011, Defendant Health Net, with the consent of Defendants ABC and ABCL&H, filed a Notice of Removal pursuant to 28 U.S.C. Section 1331, 28 U.S.C. Section 1441, and 28 U.S.C. Section 1446;

WHEREAS, on or about June 24, 2011, Defendants ABC and ABCL&H filed a notice of joinder in Health Net's Notice of Removal;

WHEREAS, on or about June 29, 2011, pursuant to Northern District of California Local Rule 6-1(a) the Parties jointly stipulated to extend the time for Defendants to respond to Plaintiff's Complaint to within thirty (30) days after either: (1) the filing of the Court's order, if any, on any Motion to Remand that Plaintiff might file; or (2) the deadline for Plaintiff to file a Motion to Remand expires;

WHEREAS, on or about August 11, 2011, Plaintiff filed its Motion to Remand, which motion was noticed for hearing on September 30, 2011;

WHEREAS, the Court set a briefing schedule for Plaintiff's Motion to Remand which requires Defendants to file Responses by October 14, 2011 and Plaintiff to file its Reply by October 21, 2011, both deadlines which would occur *after* the September 30, 2011 hearing date set by the Court;

THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned

attorneys, subject to the approval of the Court, that (1) Defendants shall file their Opposition to Plaintiff's Motion to Remand on or before September 6, 2011, and (2) Plaintiffs shall file their Reply in support of Motion to Remand on or before September 16, 2011. Under the Parties proposed schedule, the hearing on Plaintiff's Motion to Remand would remain on calendar for September 30, 2011.

SO STIPULATED:

Dated: August 19, 2011     MORGAN, LEWIS & BOCKIUS LLP

By:   /s/ Molly Lane
    MOLLY MORIARTY LANE (SBN 149206)
    NICOLE A. DILLER (SBN 154842)
    KATHLEEN M. WATERS (SBN 194892)
    Attorneys for Defendant
    Health Net Of California, Inc.

Dated: August 19, 2011     FOLEY & LARDNER LLP

By:   /s/ Michael Naranjo
    EILEEN RIDLEY (SBN 151735)
    MICHAEL NARANJO (SBN 221449)
    Attorneys for Defendants
    Blue Cross of California, Inc. d/b/a Anthem
    Blue Cross and Anthem Blue Cross Life and
    Health Insurance Company

Dated: August 19, 2011     SAN FRANCISCO CITY ATTORNEY'S OFFICE

By:   /s/ Owen Clements
    DENNIS J. HERRERA (SBN 139669)
    DANNY CHOU (SBN 180240)
    OWEN J. CLEMENTS (SBN 141805)
    ROBERT A. BONTA (SBN 202668)
    Attorneys for Plaintiff
    The People of the State of California

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

Dated: August 25, 2011

_/s/ Susan Illston_____
The Honorable Susan Illston
Judge of the U.S. District Court

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIP. AND [PROPOSED] ORDER
MODIFYING TIME FOR BRIEFING ON PLTF'S
MO. TO REMAND CASE NO. 11-CV-3107-SI

DB2/ 22614506.2